

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00148-CV

**HOUSE OF PRAISE MINISTRIES, INC.,**

                                                                                                    **Appellant**

 **v.**

**CITY OF RED OAK, TEXAS,**

                                                                                                    **Appellee**


**From the 40th District Court**
**Ellis County, Texas**
**Trial Court No. 87580**

## O R D E R

This appeal was referred to mediation by order dated January 28, 2016. Mediation was ordered to occur within 30 days, but by order of the Court, that time was extended to April 29, 2016. We have received a Joint Agreed Motion to Stay the Appeal from the parties requesting a stay so that the parties could investigate and confirm facts and reconvene for mediation scheduled for May 23, 2016.

The parties' joint motion is granted. The time for mediation is extended and is ordered to occur by May 31, 2016.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion granted
Order issued and filed April 14, 2016

